

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2018

No. 04-18-00277-CV

Susan Rebecca **CAMMACK**,
Appellant

v.

**BANK OF AMERICA, N.A.**, Chase Bank, Bank of New York Mellon, Wells Fargo Bank,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17695B
Honorable Susan Harris, Judge Presiding

# O R D E R

Appellant has filed a conditional motion to withdraw this appeal pending the trial court's September 13, 2018 hearing on a motion to vacate the appealed judgment in this case. We take no action on the appellant's conditional motion at this time. Instead, we **ORDER** appellant to file a response to this order by **September 28, 2018** that (1) notifies this court of the result of the September 13, 2018, hearing, including any ruling of the trial court, and (2) states whether appellant desires to pursue this appeal. If appellant does not timely respond to this order, this appeal may be dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 42.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court